UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY DARRYL TURNBOE,** | **2:25-CV-11850-TGB-APP** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **CITY OF DETROIT POLICE DEPARTMENT, CITY OF DETROIT POLICE OFFICE OF THE CHIEF INVESTIGATOR, MEIJER DEPARTMENT STORE, and MEIJER LOSS PREVENTION OFFICERS,** | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24)** |
| Defendants. | |

This matter is before the Court on Magistrate Judge Anthony P. Patti's February 18, 2026 Report and Recommendation, ECF No. 24, recommending that Defendant City of Detroit Police Department's Motion to Dismiss Plaintiff's Complaint, ECF No. 17, be **GRANTED.**

The Court has reviewed Magistrate Judge Patti's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

1

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will, therefore, accept Magistrate Judge Patti's February 18, 2026 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation, ECF No. 24, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant City of Detroit Police Department's Motion to Dismiss, ECF No. 17, is **GRANTED** and all claims against Defendant City of Detroit Police Department are **DISMISSED.**

IT IS SO ORDERED.

Dated: March 23, 2026          /s/Terrence G. Berg
                              HON. TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE

2